STANDARD MUSIC ROLL CO. v. F. A. MILLS, Inc.

(Circuit Court of Appeals, Third Circuit. April 24, 1917.)

No. 2251.

Appeal from the District Court of the United States for the District of New Jersey; Thos. G. Haight, Judge.

Suit by F. A. Mills, Incorporated, against the Standard Music Roll Company, for infringement of copyright. Decree for plaintiff (223 Fed. 849), and defendant appeals. Affirmed.

Louis M. Sanders, of Orange, N. J., for appellant.
Nathan Burkan, of New York City, for appellee.

Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. Essentially the facts in this case are the same as in No. 2216, March term, 1917, 241 Fed. 360, in which an opinion has just been filed. The legal questions are identical, and for the reasons there given the decree is affirmed.